IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA FLETCHER, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 04-CV-153-WDS |
| | ) |
| STATE OF ILLINOIS, ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

IT IS SO ORDERED.

DATED: January 24, 2007.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Case No. 04-153-GPM.